```
                                            CLERK'S OFFICE U.S. DIST. COURT
                                                  AT ROANOKE, VA
                                                       FILED
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**OCT 0 3 2007**

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

| | |
|---|---|
| **BEVERLY RICARDO MANGUM,** | ) |
| Plaintiff, | ) Civil Action No. 7:07-cv-00469 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **ALLEN COLLINS, et al.,** | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Mangum's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); Mangum's request to proceed in forma pauperis is **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ___ day of October, 2007.

_____
United States District Judge