CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 03 2007

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BEVERLY RICARDO MANGUM, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07-cv-00469 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ALLEN COLLINS, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Mangum's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); Mangum's request to proceed in forma pauperis is **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This /3/ day of October, 2007.

_____
United States District Judge